UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN WALCH,<br>    Plaintiff,<br><br>vs.<br><br>RATCHFORD LAW GROUP, PC<br>    Defendant. | **Civil Action No. 3:18-CV-30125**<br><br>**NOTICE OF APPEARANCE OF**<br>**SUCCESSOR COUNSEL** |

Pursuant to Local Rule 83.5.2(c)(1), Plaintiff hereby enters the appearance of Rosanne C. Leavitt as successor counsel of record and requests that the Court update its service lists and direct all future pleadings and correspondence to:

Rosanne C. Leavitt, Esq.
19 Wamsutta Dr.
North Attleboro, MA 02760
Telephone: (508) 400-2823
Facsimile: (866) 317-2674
RLeavitt@ThompsonConsumerLaw.com

Dated: November 30, 2018

Respectfully submitted,

SUSAN WALCH

By her attorneys,

/s/ Rosanne C. Leavitt
Rosanne C. Leavitt (BBO # 549208)
19 Wamsutta Drive
North Attleboro, MA 02760
Telephone: (508) 400-2823
Facsimile: (866) 317-2674
RLeavitt@ThompsonConsumerLaw.com

Co-counsel with Thompson Consumer Law Group, PLLC

5235 E. Southern Ave., D106-618
Mesa, AZ 85206

*Notice of Appearance of Successor Counsel*
*Page 1 of 2*

# **CERTIFICATE OF SERVICE**

I certify that on November 30, 2018, I filed the foregoing Notice of Appearance of Successor Counsel with the Clerk of the U.S. District Court for Massachusetts, using the CM/ECF system of the Court which will send notification of the same to Defendant through counsel of record below as follows:

> Erin Reczek
> Ratchford Law Group, P.C.
> 89 Newbury St., Ste. 205
> Danvers, MA 01923
> ereczek@ratchfordlawgroup.com
> *Attorney for Defendant*

 

    /s/Rosanne C. Leavitt
    Rosanne C. Leavitt