# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN WALCH,<br>    Plaintiff,<br><br>vs.<br><br>RATCHFORD LAW GROUP, PC<br>    Defendant. | **Civil Action No. 3:18-CV-30125**<br><br>**NOTICE OF SETTLEMENT** |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: February 15, 2019

          Respectfully submitted,

          SUSAN WALCH

          By her attorneys,

          /s/ Rosanne C. Leavitt
          Rosanne C. Leavitt (BBO # 549208)
          19 Wamsutta Drive
          North Attleboro, MA 02760
          Telephone: (508) 400-2823
          Facsimile: (866) 317-2674
          RLeavitt@ThompsonConsumerLaw.com

          Co-counsel with Thompson Consumer Law Group, PLLC

          5235 E. Southern Ave., D106-618
          Mesa, AZ 85206

# CERTIFICATE OF SERVICE

I certify that on February 15, 2019, I filed the foregoing document with the Clerk of the U.S. District Court for Massachusetts, using the CM/ECF system of the Court which will send notification of the same to Defendant through counsel of record below as follows:

Erin Reczek
Ratchford Law Group, P.C.
89 Newbury St., Ste. 205
Danvers, MA 01923
ereczek@ratchfordlawgroup.com
*Attorney for Defendant*

/s/Rosanne C. Leavitt
Rosanne C. Leavitt