UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUSAN WALCH,                    )
         Plaintiff,               )
                                 )
     v.                            )         Civil Action No. 3:18-30125-MGM
                                 )
RATCHFORD LAW GROUP, PC,    )
         Defendant.             )

## SETTLEMENT ORDER OF DISMISSAL

MASTROIANNI, D.J.

      The court, having been advised on <u>February 19, 2019</u>, that the above-entitled action has been settled;

      IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                 By the Court,

                                                 <u>/s/ Timothy J. Bartlett</u>
                                                 Timothy J. Bartlett
                                                 Deputy Clerk